UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:24-cv-00180

———

**Estevan Deases,**
*Plaintiff,*

v.

**B. Cain et al.,**
*Defendants.*

———

**ORDER**

Plaintiff, proceeding pro se and in forma pauperis, filed this civil-rights lawsuit under 42 U.S.C. § 1983. Doc. 1. The case was referred to a magistrate judge, who issued a report recommending that plaintiff's lawsuit be dismissed without prejudice for failure to comply with a court order and failure to prosecute. Doc. 11 at 2. The report further recommended that the statute of limitations be suspended for a period of 45 days from the date of final judgment. *Id.* Plaintiff filed no written objections.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. Plaintiff's lawsuit is dismissed without prejudice, and the statute of limitations is suspended for the 45 days following the court's entry of final judgment. Any pending motions are denied as moot.

*So ordered by the court on March 2, 2026.*

J. CAMPBELL BARKER
United States District Judge

- 1 -